AO 440 (Rev. 10/93) Summons in a Civil Action
3:07-cv-03158-JES-BGC  # 3   Page 1 of 2
E-FILED
Monday, 06 August, 2007 02:46:55 PM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,

                Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-3158

HOHIMER ELECTRIC,

                Defendant.

TO: (Name and address of defendant)  *PERSONAL SERVICE ONLY*
Albert J. Hohimer, President
222 North Church
Mechanicsburg, IL 62545

RECEIVED
JUL 1 2 2007
SHERIFF'S OFFICE
RECORD SECTION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters         June 25, 2007
CLERK                          DATE

s/Marleen Cooke
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE August 5, 2007 |
| NAME OF SERVER (PRINT) TERRY LOWE | TITLE PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 222 North Church, Mechanicsburg, Illinois

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 4 ATTEMPTS AT 44 MILES PER ATTEMPT AT 30¢ MILE = $52.80 | SERVICES $30.00 | TOTAL $82.80 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 5, 2007
Date

Signature redacted
Signature of Server

P.O. Box 20185, Springfield, IL 62708
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.