IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, ) <br> NECA-IBEW PENSION TRUST FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HOHIMER ELECTRIC INC., ) <br> ) <br> Defendant. ) | No. 07-3158 |

## REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1. That the Complaint in this matter was filed on June 25, 2007.

2. That on August 5, 2007, Albert J. Hohimer, President of Defendant, HOHIMER ELECTRIC INC., was duly served by Terry Lowe, Private Process Server, with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order, the Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, pray that this Court enter Default Judgment against Defendant, HOHIMER ELECTRIC INC., and in favor of Plaintiffs.

                                                                  NECA-IBEW WELFARE TRUST FUND and
                                                                  NECA-IBEW PENSION TRUST FUND,
                                                                  Plaintiffs,

By:     s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 28th day of August 2007:

> Albert J. Hohimer, President
> Hohimer Electric, Inc.
> 222 North Church
> Mechanicsburg, IL 62545

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:     s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and,<br>NECA-IBEW PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>HOHIMER ELECTRIC INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07-3158<br>)<br>)<br>)<br>) |

**AFFIDAVIT PURSUANT TO STANDING ORDER
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on August 5, 2007, Albert J. Hohimer, President of Defendant, HOHIMER ELECTRIC, INC., was duly served by Terry Lowe, Private Process Server, with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, is for an audit for 2006 and 2007 and known delinquent contributions and penalties and interest for the period from March 2004 through April 2007 to the Health and Welfare Fund in the amount of $58,699.45 and to the Pension Fund in the amount of $39,620.41, for a grand total of $98,319.86 and attorney fees and costs to date in the amount of $5,066.27, as shown by


EXHIBIT A

**Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, HOHIMER ELECTRIC, INC.

>                            s/ James P. Moody
>                            JAMES P. MOODY
>                            **CAVANAGH & O'HARA**
>                            407 East Adams
>                            P. O. Box 5043
>                            Springfield, IL 62705
>                            Telephone: (217) 544-1771
>                            Facsimile: (217) 544-5236
>                            jim@cavanagh-ohara.com

Subscribed and sworn to before me this 28th day of August 2007.

NOTARY PUBLIC — SIGNATURE REDACTED

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,

        Plaintiffs,

V.

HOHIMER ELECTRIC,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3158

TO: (Name and address of defendant)     *PERSONAL SERVICE ONLY*

Albert J. Hohimer, President
222 North Church
Mechanicsburg, IL 62545

RECEIVED
JUL 1 2 2007
SHERIFF'S OFFICE
RECORD SECTION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

June 25, 2007
DATE

s/Marleen Cooke
(BY) DEPUTY CLERK

EXHIBIT A-1

25757b

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE August 5, 2007 |
| NAME OF SERVER (PRINT) Terry Lowe | TITLE Private Detective |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 222 North Church, Mechanicsburg, Illinois

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 4 attempts at 44 miles per attempt at 10¢ mile = $52.80 | SERVICES $30.00 | TOTAL $82.80 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 5, 2007
         Date

Signature redacted
Signature of Server

P.O. Box 20185, Springfield, IL 62708
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, NECA-IBEW PENSION TRUST FUND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-3158 |
| HOHIMER ELECTRIC, INC., | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| **DATE** | **DESCRIPTION** | **HOURS** |
|---|---|---|
| 11/03/05 | Received and reviewed email from Robin Hamilton of Fund Office regarding update on delinquency; update Delinquency Status Report. | .15 |
| 11/04/05 | Review file; draft demand letter. | .60 |
| 11/07/05 | Demand letter to employer re: July, August and September 2005 contribution report forms via certified mail and regular mail; update Delinquency Status Report; calendar response date. | .80 |
| 11/30/05 | Review file; email Fund Office re: status. | .15 |
| 12/08/05 | Final demand letter to employer via certified mail and regular mail; update Delinquency Status Report; calendar response date. | .70 |
| 12/20/05 | Review file; email to Robin Hamilton of Fund Office regarding status. | .20 |
| 12/28/05 | Received and reviewed email from Robin Hamilton of Fund Office regarding status; final notice letter to employer; update Delinquency Status Report; calendar response date. | .80 |
| 01/13/06 | Review file regarding status; preparation of email to Robin Hamilton of Fund Office regarding same. | .10 |


EXHIBIT A-2

| Date | Description | Hours |
|---|---|---|
| 01/17/06 | Received and reviewed email from Robin Hamilton regarding status. | .10 |
| 01/24/06 | Review file; begin draft of Complaint for delinquent contribution report forms and penalties and interest; assemble exhibits. | .40 |
| 01/30/06 | Telephone conference with Albert Hohimer regarding delinquency; left message. | .10 |
| 02/08/06 | Preparation of Civil Cover Sheet, Certificate of Interest and Affidavit of Attorney Fees. | 1.60 |
| 03/15/06 | Telephone conference with Sangamon County Sheriff's Department regarding service fee. | .10 |
| 04/06/06 | Received and reviewed email from Fund Office with updated breakdown; update Delinquency Status Report. | .20 |
| 04/10/06 | Telephone conference with Judge Cudmore's chambers to schedule Citation to Discover Assets. | .85 |
| 04/21/06 | Revise Citation to Discover Assets; letter to U.S. District Court to have issued. | .60 |
| 05/01/06 | Received and reviewed issued Citation to Discover Assets; telephone conference with Sangamon County Sheriff re: service fee; letter to Sangamon County Sheriff enclosing Citation to Discover Assets. | .70 |
| 05/02/06 | Review file re: status; update Status Report. | .10 |
| 05/08/06 | Received and reviewed Return of Service from Sangamon County Sheriff's Department on Citation to Discover Assets; redaction and conversion and e-file with U.S. District Court of same; update Status Report. | .60 |
| | Received and reviewed file-stamped Citation to Discover Assets. | .10 |
| 05/17/06 | Telephone conference with Cheryl Davis, Court Reporter, re: Citation to Discover Assets; letter to Cheryl Davis, Court Reporter, enclosing same. | .60 |
| 05/24/06 | Review file re: amounts owed; preparation of email to Fund Office re: update; received and reviewed email from Fund Office; update Status Report; telephone conference with Albert Hohimer re: Citation. | .35 |
| 05/26/06 | Attend Citation to Discover Assets. | .60 |
| 09/08/06 | Telephone conference with Albert Hohimer re: delinquency. | .10 |

| | | |
|---|---|---|
| 09/22/06 | Telephone conference with Albert Hohimer re: payment plan for delinquency. | .15 |
| 10/18/06 | Telephone conference with Albert Hohimer re: payments; update Delinquency Status Report. | .20 |
| 11/17/06 | Telephone conference with Local Union re: Hohimer. | .25 |
| 12/06/06 | Telephone conference with Albert Hohimer; conference with Sally Runuan re: Hohimer Electric; discuss collection of judgment; conference with Dave Burns; email Robin Hamilton. | .75 |
| 12/12/06 | Preparation of Citation to Discover Assets. | .75 |
| 12/15/06 | Telephone conference with Terry Lowe enclosing Citation. | .60 |
| 01/03/07 | Received and reviewed Affidavit of Service on Citation; redaction of signatures, scanning and conversion; e-file same. | .60 |
| | Received and reviewed file-stamped Affidavit of Service on Citation. | .10 |
| | Letter to Cheryl Davis, Court Reporter, enclosing Citation. | .50 |
| 01/18/07 | Prepare for and attend Citation. | 1.50 |
| 01/19/07 | Received and reviewed Minute Entry re: Citation; update Status Report. | .15 |
| 02/26/07 | Prepare updated status report and phone call to Albert Hohimer re: third party citations. | .40 |
| 02/27/07 | Revise Delinquency Status Report for Pension and Health and Welfare Fund. | .20 |
| 03/06/07 | Telephone conference with Albert Hohimer ane extended phone call with Sally Runyon, accountant for Hohimer re: account receivables list and supporting documentation. | .60 |
| | Preparation of letter to Hohimer and Runyon re: account receivable list. | .30 |
| 03/15/07 | Telephone conference from Employer re: account receivables list. | .10 |
| 04/04/07 | Preparation of update for status report. | .10 |
| | Review file; update Delinquency Status Report. | .20 |

| | | |
|---|---|---|
| 05/03/07 | Received and reviewed email from Fund Office re: contribution report forms; letter to Albert Hohimer demanding same via certified and regular mail; calendar response; update Delinquency Status Report. | .95 |
| | Review file; email Fund Office re: contribution report forms; received and reviewed email response; final notice via certified and regular mail; calendar response; update Delinquency Status Report. | .95 |
| 05/23/07 | Telephone conference with Dave Burns re: arbitration decision; received and reviewed decision and labor agreement. | .50 |
| 05/25/07 | Telephone conference with Albert Hohimer re: outstanding delinquency. | .30 |
| 06/12/07 | Preparation of Complaint, Summons, Certificate of Interest, Civil Cover Sheet and assembly of exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | 2.00 |
| | Final review of Complaint with exhibits. | .40 |
| 06/21/07 | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; Assembly of full Complaint with exhibits; Transmittal of same to U.S. District Court via e-mail for opening of new case. | 1.00 |
| 06/25/07 | Received and reviewed file-stamped Complaint; update Delinquency Status Report. | .30 |
| 06/27/07 | Letter to Springfield Park District. | .80 |
| | Telephone conference with Glenn Baugh at IBEW 193 re: Hohimer projects. | .20 |
| | Revise correspondence to Springfield Park District via certified mail; fax to attorney Walbaum. | .40 |
| 06/28/07 | Telephone conference with attorney Bob Walbaum re: Hohimer letter. | .20 |
| | Telephone conference with Mike Stratton at Park District re: Hohimer and assets held back. | .20 |
| | Telephone conference with Dave Burns re: job at the Secretary of State. | .20 |
| 06/29/07 | Telephone conference with Larry Pully, Project Manager with Secretary of State, re: Hohimer project. | .20 |
| | Revise correspondence to Daryl Vermillion via certified mail. | .30 |

| Date | Description | Hours |
|---|---|---|
| 07/02/07 | Draft letter to Daryl Vermillion at Secretary of State requesting information on Hohimer Electric project; fax letter to Secretary of State. | 1.00 |
| | Received and reviewed issued Summons; letter to Sangamon County Sheriff's Office enclosing same for service; update Delinquency Status Report. | .70 |
| 07/12/07 | Received and reviewed letter from the Park District re: Hohimer Electric project. | .10 |
| 07/18/07 | Telephone conference with Dave Burns re: payroll audit. | .20 |
| 07/20/07 | Telephone conference with Albert Hohimer re: payment plan of $2000 per month. | .20 |
| 07/23/07 | Telephone conference with Sangamon County Sheriff's Office re: status of service. | .20 |
| 07/25/07 | Telephone conference with Sangamon County Sheriff's Office re: status of service; telephone conference with Terry Lowe re: service; letter to Terry Lowe enclosing same for service. | .80 |
| | Telephone conference with Darryl Vermillion re: Hohimer job; bonding requirements. | .40 |
| | Telephone conference with Mike Stratton, Executive Director of Springfield Park District, re: Hohimer Bond on Rotary Park Project. | .20 |
| | Preparation of draft Lien against Public Funds - Hohimer Electric Secretary of State project. | 1.00 |
| 07/26/07 | Attend meeting with Dave Burns and Glenn Baugh from Local 193 re: delinquency and collection efforts. | .60 |
| 07/31/07 | Telephone conference with Michael Stratton at Park District re: bond. | .20 |
| | Telephone conference with Daryl Vermillion and attorney Bob Mueller re: Secretary of State project. | .20 |
| | Review of email from Fund Office re: audit. | .10 |
| 08/01/07 | Received and reviewed email from Fund Office re: status of audit. | .10 |
| 08/02/07 | Telephone conference with Terry Lowe re: status of service. | .10 |
| | Received and reviewed contract, invoice and Bid Security check - Hohimer Electric, Inc., Park District Project. | .20 |

| Date | Description | Hours |
|---|---|---|
| 08/06/07 | Review of Proof of Service of Complaint. | .20 |
| | Telephone conference with Terry Lowe re: status of service. | .10 |
| | Received and reviewed Summons returned; redaction of signatures; scanning and conversion; e-file same; calendar Answer; update Status Report. | .75 |
| | Received and reviewed file-stamped Summons. | .10 |
| | Review file; update Delinquency Status Report re: new Complaint; addition to Status Report; organization of file. | .95 |
| 08/07/07 | Telephone conference with Allen Mayer at Illinois Comptroller re: withholding payment. | .30 |
| 08/08/07 | Telephone conference with Allen Mayer at Illinois Comptroller re: Hohimer lien. | .30 |
| | Telephone conference with Jim Reamer re: Hohimer and qualified bidder status. | .20 |
| 08/20/07 | Received and reviewed Glenn Baugh's fax re: Joint Labor Management Committee decision on Park District and Secretary of State project. | .40 |
| 08/28/07 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; proposed Order; assemble exhibits. | 1.50 |
| | Update Affidavit in Support of Attorney Fees. | .85 |
| | Final review of Request for Entry of Default. | .40 |
| | Finalize and e-file Request for Entry of Default with exhibits; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 10.7 x $90.00 PER HOUR | $963.00 |
| | TOTAL HOURS 9.3 x $100.00 PER HOUR | $930.00 |
| | TOTAL HOURS 1.05 x $175.00 PER HOUR | $183.75 |
| | TOTAL HOURS 10.80 x $195.00 PER HOUR | $2,106.00 |
| | TOTAL HOURS 2.45 x $185.00 PER HOUR | $453.25 |
| 05/01/06 | Sangamon County Sheriff's Department – Service Fee | $30.00 |
| 05/03/07 | Postage - Certified Mail. | $4.64 |
| 05/15/07 | Postage - Certified Mail. | $5.21 |
| 06/22/06 | U.S. District Court – Filing Fee | $350.00 |

| 06/22/06 | Sangamon County Sheriff's Department – Service Fee | $30.00 |
| 06/27/07 | Postage - Certified Mail. | $5.21 |
| 06/29/07 | Postage - Certified Mail. | $5.21 |
| | **TOTAL AMOUNT DUE** | **$5,066.27** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody<br>
JAMES P. MOODY<br>
**CAVANAGH & O'HARA**<br>
407 East Adams<br>
P. O. Box 5043<br>
Springfield, IL  62705<br>
Telephone:  (217) 544-1771<br>
Facsimile:  (217) 544-5236<br>
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this 28th day of August 2007.

_____
Notary Public

**SIGNATURE REDACTED**

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\NECA-IBE\DELIQ\Hohimer Electric\2007\A-fee.rdj.wpd