IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, | ) | |
| NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 07-3158 |
| | ) | |
| HOHIMER ELECTRIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and move this Court for a Default Judgment against the Defendant, HOHIMER ELECTRIC, INC., and in support thereof, state:

1. That the Complaint in this matter was filed on June 25, 2007.

2. That on August 5, 2007, Albert J. Hohimer, President of Defendant, HOHIMER ELECTRIC INC., was duly served by Terry Lowe, Private Process Server, with said Complaint and Summons

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. That this Honorable Court entered an Order of Default on August 29, 2007.

5. That Plaintiffs are entitled to attorney fees incurred in this matter. Attached hereto and incorporated herein as **Exhibit A** is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, HOHIMER ELECTRIC, INC., as follows:

A. That Judgment be entered in favor of the Plaintiffs and against the Defendant for payment of known delinquent contributions and penalties and interest for the period from March 2004 through April 2007 to the Health and Welfare Fund in the amount of $58,699.45 and to the Pension Fund in the amount of $39,620.41, for a grand total of $98,319.86; and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered;

B. That Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $5,344.27, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

C. That Defendant be ordered to produce documents to permit a payroll audit for the period from January 1, 2006 to current.

D. That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

E. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

          NECA-IBEW WELFARE TRUST FUND
and NECA-IBEW PENSION TRUST
FUND, Plaintiffs,

By:   s/ James P. Moody
     JAMES P. MOODY
     **CAVANAGH & O'HARA**
     407 East Adams
     P. O. Box 5043
     Springfield, IL  62705
     Telephone:  (217) 544-1771
     Facsimile:  (217) 544-5236
     jim@cavanagh-ohara.com

## PROOF OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 29th day of August 2007:

    Albert J. Hohimer, President
    Hohimer Electric, Inc.
    222 North Church
    Mechanicsburg, IL 62545

and that the original was filed with the Clerk of the Court in which said cause is pending.

            By:  s/ James P. Moody

            JAMES P. MOODY
            **CAVANAGH & O'HARA**
            407 East Adams
            P. O. Box 5043
            Springfield, IL  62705
            Telephone:  (217) 544-1771
            Facsimile:  (217) 544-5236
            jim@cavanagh-ohara.com

3:07-cv-03158-JES-BGC    # 6-2    Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, NECA-IBEW PENSION TRUST FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-3158 ) |
| HOHIMER ELECTRIC, INC., | ) ) |
| Defendant. | ) |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 11/03/05 | Received and reviewed email from Robin Hamilton of Fund Office regarding update on delinquency; update Delinquency Status Report. | .15 |
| 11/04/05 | Review file; draft demand letter. | .60 |
| 11/07/05 | Demand letter to employer re: July, August and September 2005 contribution report forms via certified mail and regular mail; update Delinquency Status Report; calendar response date. | .80 |
| 11/30/05 | Review file; email Fund Office re: status. | .15 |
| 12/08/05 | Final demand letter to employer via certified mail and regular mail; update Delinquency Status Report; calendar response date. | .70 |
| 12/20/05 | Review file; email to Robin Hamilton of Fund Office regarding status. | .20 |
| 12/28/05 | Received and reviewed email from Robin Hamilton of Fund Office regarding status; final notice letter to employer; update Delinquency Status Report; calendar response date. | .80 |
| 01/13/06 | Review file regarding status; preparation of email to Robin Hamilton of Fund Office regarding same. | .10 |



EXHIBIT A

| | | |
|---|---|---|
| 01/17/06 | Received and reviewed email from Robin Hamilton regarding status. | .10 |
| 01/24/06 | Review file; begin draft of Complaint for delinquent contribution report forms and penalties and interest; assemble exhibits. | .40 |
| 01/30/06 | Telephone conference with Albert Hohimer regarding delinquency; left message. | .10 |
| 02/08/06 | Preparation of Civil Cover Sheet, Certificate of Interest and Affidavit of Attorney Fees. | 1.60 |
| 03/15/06 | Telephone conference with Sangamon County Sheriff's Department regarding service fee. | .10 |
| 04/06/06 | Received and reviewed email from Fund Office with updated breakdown; update Delinquency Status Report. | .20 |
| 04/10/06 | Telephone conference with Judge Cudmore's chambers to schedule Citation to Discover Assets. | .85 |
| 04/21/06 | Revise Citation to Discover Assets; letter to U.S. District Court to have issued. | .60 |
| 05/01/06 | Received and reviewed issued Citation to Discover Assets; telephone conference with Sangamon County Sheriff re: service fee; letter to Sangamon County Sheriff enclosing Citation to Discover Assets. | .70 |
| 05/02/06 | Review file re: status; update Status Report. | .10 |
| 05/08/06 | Received and reviewed Return of Service from Sangamon County Sheriff's Department on Citation to Discover Assets; redaction and conversion and e-file with U.S. District Court of same; update Status Report. | .60 |
| | Received and reviewed file-stamped Citation to Discover Assets. | .10 |
| 05/17/06 | Telephone conference with Cheryl Davis, Court Reporter, re: Citation to Discover Assets; letter to Cheryl Davis, Court Reporter, enclosing same. | .60 |
| 05/24/06 | Review file re: amounts owed; preparation of email to Fund Office re: update; received and reviewed email from Fund Office; update Status Report; telephone conference with Albert Hohimer re: Citation. | .35 |
| 05/26/06 | Attend Citation to Discover Assets. | .60 |
| 09/08/06 | Telephone conference with Albert Hohimer re: delinquency. | .10 |

| | | |
|---|---|---|
| 09/22/06 | Telephone conference with Albert Hohimer re: payment plan for delinquency. | .15 |
| 10/18/06 | Telephone conference with Albert Hohimer re: payments; update Delinquency Status Report. | .20 |
| 11/17/06 | Telephone conference with Local Union re: Hohimer. | .25 |
| 12/06/06 | Telephone conference with Albert Hohimer; conference with Sally Runuan re: Hohimer Electric; discuss collection of judgment; conference with Dave Burns; email Robin Hamilton. | .75 |
| 12/12/06 | Preparation of Citation to Discover Assets. | .75 |
| 12/15/06 | Telephone conference with Terry Lowe enclosing Citation. | .60 |
| 01/03/07 | Received and reviewed Affidavit of Service on Citation; redaction of signatures, scanning and conversion; e-file same. | .60 |
| | Received and reviewed file-stamped Affidavit of Service on Citation. | .10 |
| | Letter to Cheryl Davis, Court Reporter, enclosing Citation. | .50 |
| 01/18/07 | Prepare for and attend Citation. | 1.50 |
| 01/19/07 | Received and reviewed Minute Entry re: Citation; update Status Report. | .15 |
| 02/26/07 | Prepare updated status report and phone call to Albert Hohimer re: third party citations. | .40 |
| 02/27/07 | Revise Delinquency Status Report for Pension and Health and Welfare Fund. | .20 |
| 03/06/07 | Telephone conference with Albert Hohimer ane extended phone call with Sally Runyon, accountant for Hohimer re: account receivables list and supporting documentation. | .60 |
| | Preparation of letter to Hohimer and Runyon re: account receivable list. | .30 |
| 03/15/07 | Telephone conference from Employer re: account receivables list. | .10 |
| 04/04/07 | Preparation of update for status report. | .10 |
| | Review file; update Delinquency Status Report. | .20 |

| Date | Description | Hours |
|---|---|---|
| 05/03/07 | Received and reviewed email from Fund Office re: contribution report forms; letter to Albert Hohimer demanding same via certified and regular mail; calendar response; update Delinquency Status Report. | .95 |
| | Review file; email Fund Office re: contribution report forms; received and reviewed email response; final notice via certified and regular mail; calendar response; update Delinquency Status Report. | .95 |
| 05/23/07 | Telephone conference with Dave Burns re: arbitration decision; received and reviewed decision and labor agreement. | .50 |
| 05/25/07 | Telephone conference with Albert Hohimer re: outstanding delinquency. | .30 |
| 06/12/07 | Preparation of Complaint, Summons, Certificate of Interest, Civil Cover Sheet and assembly of exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | 2.00 |
| | Final review of Complaint with exhibits. | .40 |
| 06/21/07 | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; Assembly of full Complaint with exhibits; Transmittal of same to U.S. District Court via e-mail for opening of new case. | 1.00 |
| 06/25/07 | Received and reviewed file-stamped Complaint; update Delinquency Status Report. | .30 |
| 06/27/07 | Letter to Springfield Park District. | .80 |
| | Telephone conference with Glenn Baugh at IBEW 193 re: Hohimer projects. | .20 |
| | Revise correspondence to Springfield Park District via certified mail; fax to attorney Walbaum. | .40 |
| 06/28/07 | Telephone conference with attorney Bob Walbaum re: Hohimer letter. | .20 |
| | Telephone conference with Mike Stratton at Park District re: Hohimer and assets held back. | .20 |
| | Telephone conference with Dave Burns re: job at the Secretary of State. | .20 |
| 06/29/07 | Telephone conference with Larry Pully, Project Manager with Secretary of State, re: Hohimer project. | .20 |
| | Revise correspondence to Daryl Vermillion via certified mail. | .30 |

| | | |
|---|---|---|
| 07/02/07 | Draft letter to Daryl Vermillion at Secretary of State requesting information on Hohimer Electric project; fax letter to Secretary of State. | 1.00 |
| | Received and reviewed issued Summons; letter to Sangamon County Sheriff's Office enclosing same for service; update Delinquency Status Report. | .70 |
| 07/12/07 | Received and reviewed letter from the Park District re: Hohimer Electric project. | .10 |
| 07/18/07 | Telephone conference with Dave Burns re: payroll audit. | .20 |
| 07/20/07 | Telephone conference with Albert Hohimer re: payment plan of $2000 per month. | .20 |
| 07/23/07 | Telephone conference with Sangamon County Sheriff's Office re: status of service. | .20 |
| 07/25/07 | Telephone conference with Sangamon County Sheriff's Office re: status of service; telephone conference with Terry Lowe re: service; letter to Terry Lowe enclosing same for service. | .80 |
| | Telephone conference with Darryl Vermillion re: Hohimer job; bonding requirements. | .40 |
| | Telephone conference with Mike Stratton, Executive Director of Springfield Park District, re: Hohimer Bond on Rotary Park Project. | .20 |
| | Preparation of draft Lien against Public Funds - Hohimer Electric Secretary of State project. | 1.00 |
| 07/26/07 | Attend meeting with Dave Burns and Glenn Baugh from Local 193 re: delinquency and collection efforts. | .60 |
| 07/31/07 | Telephone conference with Michael Stratton at Park District re: bond. | .20 |
| | Telephone conference with Daryl Vermillion and attorney Bob Mueller re: Secretary of State project. | .20 |
| | Review of email from Fund Office re: audit. | .10 |
| 08/01/07 | Received and reviewed email from Fund Office re: status of audit. | .10 |
| 08/02/07 | Telephone conference with Terry Lowe re: status of service. | .10 |
| | Received and reviewed contract, invoice and Bid Security check - Hohimer Electric, Inc., Park District Project. | .20 |

| Date | Description | Hours |
|---|---|---|
| 08/06/07 | Review of Proof of Service of Complaint. | .20 |
| | Telephone conference with Terry Lowe re: status of service. | .10 |
| | Received and reviewed Summons returned; redaction of signatures; scanning and conversion; e-file same; calendar Answer; update Status Report. | .75 |
| | Received and reviewed file-stamped Summons. | .10 |
| | Review file; update Delinquency Status Report re: new Complaint; addition to Status Report; organization of file. | .95 |
| 08/07/07 | Telephone conference with Allen Mayer at Illinois Comptroller re: withholding payment. | .30 |
| 08/08/07 | Telephone conference with Allen Mayer at Illinois Comptroller re: Hohimer lien. | .30 |
| | Telephone conference with Jim Reamer re: Hohimer and qualified bidder status. | .20 |
| 08/20/07 | Received and reviewed Glenn Baugh's fax re: Joint Labor Management Committee decision on Park District and Secretary of State project. | .40 |
| 08/28/07 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; proposed Order; assemble exhibits. | 1.50 |
| | Update Affidavit in Support of Attorney Fees. | .85 |
| | Final review of Request for Entry of Default. | .40 |
| | Finalize and e-file Request for Entry of Default with exhibits; email proposed Order to Judge. | 1.00 |
| 08/29/07 | Received and reviewed Order of Default; draft Motion for Default Judgment; Notice of Filing and proposed Order; update Affidavit in Support of Attorney Fees. | 1.00 |
| | Final review of Motion for Default. | .40 |
| | Finalize and e-file Motion for Default Judgment with exhibits; email proposed Order to Judge. | 1.00 |

```
TOTAL HOURS 10.7 x $90.00 PER HOUR         $963.00
TOTAL HOURS 11.3 x $100.00 PER HOUR      $1,130.00
TOTAL HOURS 1.05 x $175.00 PER HOUR        $183.75
TOTAL HOURS 11.20 x $195.00 PER HOUR     $2,184.00
TOTAL HOURS 2.45 x $185.00 PER HOUR        $453.25
```

| 05/01/06 | Sangamon County Sheriff's Department – Service Fee | $30.00 |
| --- | --- | --- |
| 05/03/07 | Postage - Certified Mail. | $4.64 |
| 05/15/07 | Postage - Certified Mail. | $5.21 |
| 06/22/06 | U.S. District Court – Filing Fee | $350.00 |
| 06/22/06 | Sangamon County Sheriff's Department – Service Fee | $30.00 |
| 06/27/07 | Postage - Certified Mail. | $5.21 |
| 06/29/07 | Postage - Certified Mail. | $5.21 |
| | **TOTAL AMOUNT DUE** | **$5,344.27** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                              s/ James P. Moody
                                              JAMES P. MOODY
                                              **CAVANAGH & O'HARA**
                                              407 East Adams
                                              P. O. Box 5043
                                              Springfield, IL 62705
                                              Telephone: (217) 544-1771
                                              Facsimile: (217) 544-5236
                                              jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this 29th day of August 2007.

[Signature Redacted]
Notary Public

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\NECA-IBE\DELIQ\Hohimer Electric\2007\A-fee.mdj.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, <br> NECA-IBEW PENSION TRUST FUND, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> HOHIMER ELECTRIC INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07-3158 <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF PLAINTIFFS'**
**MOTION FOR DEFAULT JUDGMENT**

TO:   Albert J. Hohimer, President
      Hohimer Electric, Inc.
      222 North Church
      Mechanicsburg, IL 62545

   NOTICE IS HEREBY GIVEN to you that the Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys filed a Motion for Default Judgment against you on the 29th day of August 2007.

   YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

   DATED this 29th day of August 2007.

                    NECA-IBEW WELFARE TRUST FUND
                    and NECA-IBEW PENSION TRUST
                    FUND, Plaintiffs,

                    By:     s/ James P. Moody

                    JAMES P. MOODY
                    **CAVANAGH & O'HARA**
                    407 East Adams
                    P. O. Box 5043
                    Springfield, IL  62705
                    Telephone:  (217) 544-1771
                    Facsimile:  (217) 544-5236
                    jim@cavanagh-ohara.com