# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**NECA-IBEW WELFARE TRUST FUND,**
et al.,
        Plaintiffs,

vs.                                                                                                 Case Number:   **07-3158**

**HOHIMER ELECTRIC INC.,**
        Defendant

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to the Opinion entered by Judge Jeanne E. Scott, the Plaintiffs are hereby awarded a Default Judgment against Defendant, Hohimer Electric, Inc. See written Opinion for amounts ordered. This case is closed.------------------------------------------------------------------------------

ENTER this 20th day of September 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY: DEPUTY CLERK