IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, NECA-IBEW PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HOHIMER ELECTRIC INC., <br><br> Defendant. | ) ) ) ) ) ) No. 07-3158 ) ) ) ) |

### CITATION TO DISCOVER ASSETS

To:   Siciliano, Inc.
      3650 Winchester Road
      Springfield, IL 62707

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore at the United States District Court, Central District, 151 U.S. Courthouse, 600 E. Monroe Street Springfield, IL 62701, on **October 15, 2007 at 3:00 p.m.** to be examined under oath concerning the property or income of HOHIMER ELECTRIC, INC.

On September 19, 2007, Judgment was entered in favor of the Plaintiffs and against HOHIMER ELECTRIC, INC., for delinquent contributions and penalties and interest for the period from March 2004 through April 2007 to the Health and Welfare Fund in the amount of $58,699.45 and to the Pension Fund in the amount of $39,620.41, for a grand total of $98,319.86; and further, any unpaid contributions and liquidated damages unpaid at the time the Judgment is rendered; and attorney fees in the amount of $2,470.05. The sum of $100,789.91 remain unsatisfied.

**YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of HOHIMER ELECTRIC, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of this Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE**

COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.

WITNESS: JOHN M. WATERS, Clerk of the District Court, and the seal thereof, at Springfield, Illinois.

Dated: September 20, 2007.

_s/ [SIGNATURE REDACTED]_
Clerk of Court

James P. Moody
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jim@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

NECA-IBEW WELFARE TRUST FUND and, )
NECA-IBEW PENSION TRUST FUND, )
)
   Plaintiffs, )
)
vs. )  No. 07-3158
)
HOHIMER ELECTRIC INC., )
)
   Defendant. )

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

_____(Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld)
  $_____

B) Checking and/or Now Account (Amount withheld) $ _____

C) Certificate of Deposit (Amount held)$_____

D) Money Market Account (Amount held)
  $_____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts_____

H) Adverse Claimant: Name _____ Address_____
  _____

I) Wages, Salary or Commissions_____

J) Other Personal Property (Describe)_____

Attach a sheet for any additional information required by the Citation

**Sub-Total** _____

Less right of offset for other loans    _____

Less deduction for fees limited by
205 ILCS 5/48.1                         _____

**Total** _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

_____
Date

Respondent/Agent:

Agent Name _____
Business Name _____
Address _____
_____
Phone _____
Fax _____

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/20/07 |
| NAME OF SERVER (PRINT) JAMES P. MOODY | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Rick Lawrence President of Siciliano, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/07
           Date

Signature of Server: **SIGNATURE REDACTED**

Address of Server: 409 E. Adams, Spfld, IL 62701

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Citation to Discover Assets served on Siciliano, Inc., set for hearing on October 15, 2007, was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 21st day of September 2007:

Mr. Kent Gray  
Attorney at Law  
P. O. Box 13084  
Springfield, IL 62791

Mr. Albert J. Hohimer, President  
Hohimer Electric  
222 North Church  
Mechanicsburg, IL 62545

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: ___s/ James P. Moody___  
JAMES P. MOODY  
**CAVANAGH & O'HARA**  
407 East Adams  
P. O. Box 5043  
Springfield, IL  62705  
Telephone:  (217) 544-1771  
Facsimile:  (217) 544-5236  
jim@cavanagh-ohara.com