E-FILED
Friday, 09 November, 2007  01:33:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, <br> NECA-IBEW PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HOHIMER ELECTRIC INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 07-3158 |

**MOTION FOR TURNOVER OF ASSETS**

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and hereby submit this Motion for Turnover of Assets, and in support thereof, state:

1. Plaintiffs filed a Complaint against Defendant, HOHIMER ELECTRIC, INC., on June 25, 2007.

2. On September 20, 2007, Judgment was entered in favor of Plaintiffs and against the Defendant for known delinquent contributions and penalties and interest for the period from March 2004 through April 2007 to the Health and Welfare Fund in the amount of $58,699.45 and to the Pension Fund in the amount of $39,620.41, for a grand total of $98,319.86.

3. That on September 21, 2007, Plaintiffs filed a third party Citation to Discover Assets against Siciliano, Inc.

4. Siciliano, Inc., is currently holding assets of Hohimer Electric, Inc., in the amount of approximately $32,000.00.

5. Plaintiffs have made demand to Siciliano, Inc., to turn over the assets to Plaintiff.

6. Siciliano, Inc., has failed and refused to turn over assets.

WHEREFORE, Plaintiffs pray that this Court grant Plaintiffs' Motion for Turnover of Assets and enter an order commanding Siciliano, Inc., to immediately turnover assets.

    NECA-IBEW WELFARE TRUST FUND
and NECA-IBEW PENSION TRUST
FUND, Plaintiffs,

By:     s/ James P. Moody
    JAMES P. MOODY
    **CAVANAGH & O'HARA**
    407 East Adams
    P. O. Box 5043
    Springfield, IL  62705
    Telephone:  (217) 544-1771
    Facsimile:  (217) 544-5236
    jim@cavanagh-ohara.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 9th day of November 2007:

| | |
|---|---|
| Albert J. Hohimer, President<br>Hohimer Electric, Inc.<br>222 North Church<br>Mechanicsburg, IL 62545 | Kent Gray<br>2028 Bates Avenue<br>Leland Grove, IL 62704 |

Stan Wasser
Feldman, Wasser, Draper & Benson
1307 S. 7th Street
Springfield, IL 62703

and that the original was filed with the Clerk of the Court in which said cause is pending.

                                                                 By:    s/ James P. Moody

                                                              JAMES P. MOODY
                                                              **CAVANAGH & O'HARA**
                                                              407 East Adams
                                                              P. O. Box 5043
                                                              Springfield, IL 62705
                                                              Telephone: (217) 544-1771
                                                              Facsimile: (217) 544-5236
                                                              jim@cavanagh-ohara.com