IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, ) | |
| NECA-IBEW PENSION TRUST FUND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No.  07-3158 |
| ) | |
| HOHIMER ELECTRIC INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Citation to Discover Assets served on Prairie Contractors, Inc., set for hearing on January 24, 2008, was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 19th day of November 2007:

Mr. Albert J. Hohimer, President
Hohimer Electric
222 North Church
Mechanicsburg, IL 62545

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:     s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com