## AFFIDAVIT OF SERVICE

Case No: **07-3158**

Return Date: **1/24/2008**

## NECA-IBEW Welfare Trust Fund

vs.

## Hohimer Electric Inc.
Respondent

## Prairie Contractors Inc.

I, **Matthew L. Uthe** the undersigned state the following facts. I am above the age of eighteen. I am not an party to the action. I also certify that I have served this **Third Party Citation** on the respondent together with a Citation notice.

The writ was served on **Monica Barber** who is described as **Female White 37 5' 7" 170-180 lbs**

The title of the person accepting service is **Authorized Agent**

The writ was served on the respondent at **9318 Gulfstream Rd., Unit C, Frankfort, IL 60423**

The writ service date was **11/16/2007** the time of service was **3:26 PM**

**CERTIFICATE OF MAILING:** I hereby certify that within (3) business days of service upon citation defendant, I also sent a copy of the citation and citation notice to the judgement debtor's last known address as indicated on the citation, by depositing said citation and notice in the United States first class mail on **11/17/2007**

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

Signature redacted

**Matthew L. Uthe**
IL Licensed Private Detective #115-001701

**NOTES/COMMENTS:**
Job#: 56721