E-FILED
Thursday, 17 January, 2008  10:12:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, <br> NECA-IBEW PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HOHIMER ELECTRIC, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 07-3158 <br> ) <br> ) <br> ) <br> ) |

**MOTION TO TURN OVER ASSETS**

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by their attorneys, Cavanagh & O'Hara, and respectfully move this Court for an Order permitting the turn over of the assets held in the accounts of the Prairie Contractors, Inc. to Plaintiffs, and in support thereof state as follows:

1. Plaintiffs filed a Complaint against Defendant, HOHIMER ELECTRIC, INC., on June 25, 2007.

2. On September 20, 2007, Judgment was entered in favor of Plaintiffs and against the Defendant for known delinquent contributions and penalties and interest for the period from March 2004 through April 2007 to the Health and Welfare Fund in the amount of $58,699.45 and to the Pension Fund in the amount of $39,620.41, for a grand total of $98,319.86 which remains unpaid.

3. That on November 2, 2007, Plaintiffs filed a third party Citation to Discover Assets against Prairie Contractors, Inc.

4. Prairie Contractors, Inc. is currently holding assets of Hohimer Electric, Inc. in

the amount of $11,103.77.  See the letter from Pete Hagerty, President of Prairie Contractors, Inc., attached as Exhibit A.

    5.    Prairie Contractors, Inc. has no objection to this motion.

    6.    Plaintiffs' counsel has contacted Hohimer Electric, Inc.'s legal counsel, Kent Gray, and the Defendant has no objections to this motion.

    7.    A hearing is set in this matter for January 24, 2008 at 2:30 p.m.

WHEREFORE, Plaintiffs pray that this Court grant Plaintiffs' Motion for Turnover of Assets and enter an order commanding Prairie Contractors, Inc. to immediately turnover assets in the amount of $11,103.77.

NECA-IBEW WELFARE TRUST FUND
and NECA-IBEW PENSION TRUST
FUND, Plaintiffs,

By:    s/ James P. Moody
       JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 17th day of January 2008:

Albert J. Hohimer, President  
Hohimer Electric, Inc.  
222 North Church  
Mechanicsburg, IL 62545  

Kent Gray  
2028 Bates Avenue  
Leland Grove, IL 62704  

Pete Hagerty, President  
Prairie Contractors, Inc.  
9318 Gulfstream Road, Unit C  
Frankfort, IL 60423  

and that the original was filed with the Clerk of the Court in which said cause is pending.

      By:    s/ James P. Moody  
           JAMES P. MOODY  
           **CAVANAGH & O'HARA**  
           407 East Adams  
           P. O. Box 5043  
           Springfield, IL  62705  
           Telephone:  (217) 544-1771  
           Facsimile:  (217) 544-5236  
           jim@cavanagh-ohara.com  

F:\files\NECA-IBE\DELIQ\Hohimer Electric\motiontoturnover.prairie.wpd

# PRAIRIE
## CONTRACTORS, INC.

January 14, 2008

Mr. James P. Moody
Cavanagh & O'Hara
407 East Adams
Post Office Box 5043
Springfield, IL 62705

Re: Citation to Discover Assets dated 11/02/07
    NECA-IBEW Welfare Trust Fund et al vs. Hohimer Electric. Inc.

Dear Mr. Moody:

Hohimer Electric, Inc. completed two (2) projects for us in 2007. Both projects were remodels of existing McDonald's Restaurants:

| Job # 07-119 | 3250 S. Sixth Street, Springfield, IL |
| Job #07-120 | 3208 E. Clear Lake Avenue, Springfield, IL |

Hohimer Electric, Inc. is currently owed $7,855.00 for Job #07-119 and $3,248.77 for Job #07-120. We have not received any material waivers for these projects.

We understand that you will be filing a motion with the court to have these assets dispersed to you. We have no objection to this motion.

Please call me if I can be of further assistance.

Sincerely,

/SIGNATURE REDACTED

Pete Hegarty
President

9318 Gulfstream Road, Unit C, Frankfort, Illinois 60423
Tel: 815.469.1904 • Fax: 815.469.5436

EXHIBIT
A