IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HOHIMER ELECTRIC, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) No. 07-3158 ) ) ) ) ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' unopposed Motion to Turn Over Assets (d/e 15) pursuant to a Citation to Discover Assets with service to all parties, and this Court being fully advised in the premises hereby grants Plaintiffs' Motion. The Motion to Turn Over Assets (d/e 15) is ALLOWED. The Court hereby orders Prairie Contractors, Inc. to turn over monies in the amount of $11,103.77 to Plaintiffs and to remit said monies to Plaintiffs by delivery to Plaintiffs' counsel.

IT IS THEREFORE SO ORDERED.

ENTER: January 17, 2008

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE
